AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
| Hector FLORES FLORES | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2025__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about March 13, 2025 the defendant Hector FLORES FLORES was apprehended near Laredo, Texas. After a brief interview it was determined that, Hector FLORES FLORES was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Hector FLORES FLORES was previously REMOVED from the United States on 09/12/2024 at Laredo, TX. There is no record that Hector FLORES FLORES has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Luis I. Molina Castro
*Complainant's signature*

Luis I. Molina Castro, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: March 17, 2025

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*